JOHN L. BURRIS (SBN# 69888)
BENJAMIN NISENBAUM (SBN 222173)
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
Email: John.Burris@johnburrislaw.com

JAMES B. CHANIN (SBN 76043)
JULIE M. HOUK    (SBN 114968)
Law Offices of James B. Chanin
3050 Shattuck Avenue
Berkeley, California  94705
Telephone: (510) 848-4752, Ex. 2
Facsimile:  (510) 848-5819
Email: jbcofc@aol.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ANDREW WAHNEE MOPPIN-BUCKSKIN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF OAKLAND, et al., <br><br> Defendants. | CASE NO:  C08-04328 CW <br><br> **STIPULATION AND ORDER EXTENDING DEADLINE TO ADD ADDITIONAL CLAIMS AND ADDITIONAL PARIES** |

    WHEREAS, the current deadline to add additional claims and additional parties is April 13, 2009, and,

Stipulation and [Proposed] Order Extending Deadline to Add Parties/Claims
Estate of Moppin-Buckskin, et al. v. City of Oakland, et al.
Case No C08-04328 CW            1

WHEREAS, plaintiffs had noticed the depositions of the defendants, Officers H. Jimenez and J. Borello and Sgt. Hoffman of the Oakland Police Department for April 1 and April 3, 2009, and where said depositions would have enabled plaintiffs to determine whether to add additional claims and/or parties; and,

WHEREAS, defendants have requested the continuance of said depositions due the shooting incident involving the deaths of members of the Oakland Police Department that occurred on March 21, 2009, and the memorial services which will take place due to that incident;

THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, DO HEREBY STIPULATE AND AGREE THAT the deadline to add claims and/or additional parties shall be extended from April 13, 2009, to May 13, 2009 and that the depositions of the defendants, H. Jimenez and J. Borello, and Sgt. Hoffman will be continued to dates mutually convenient to counsel and the deponents sufficiently prior to May 13, 2009 to enable plaintiffs' counsel to make a determination as to whether additional claims and/or parties will need to be joined in this action.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD,


DATED:  March 23, 2009

                                              By:_____/S/_____
                                              JAMES B. CHANIN
                                              Attorney for Plaintiffs

DATED:  March 23, 2008

                                              By:_____/S/_____
                                              STEPHEN Q. ROWELL
                                              Attorney for Defendants
                                              City of Oakland and J. Borello

Stipulation and [Proposed] Order Extending Deadline to Add Parties/Claims
Estate of Moppin-Buckskin, et al. v. City of Oakland, et al.
Case No C08-04328 CW                    2

1  DATED:  March 23, 2008
2                                                        By_____/S/_____
3                                                                JOHN VERBER
                                                                 Attorney for Defendant
4                                                                Hector Jimenez
5
6  PURSUANT TO STIPULATION, IT IS SO ORDERED:

7  DATED: March  25, 2008

                                                         _____
                                                          CLAUDIA WILKEN
                                                           Judge of the United States District Court

Stipulation and [Proposed] Order Extending Deadline to Add Parties/Claims
Estate of Moppin-Buckskin, et al. v. City of Oakland, et al.
Case No C08-04328 CW                  3