JOHN L. BURRIS (SBN #69888)
BENJAMIN NISENBAUM (SBN 222173)
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, California  94621
(510) 839-5200; FAX (510) 839-3882
Email: john.burris@johnburrislaw.com

JAMES B. CHANIN (SBN# 76043)
JULIE M. HOUK   (SBN# 114968)
Law Offices of James B. Chanin
3050 Shattuck Avenue
Berkeley, California  94705
(510) 848-4752; FAX: (510) 848-5819
Email: jbcofc@aol.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ANDREW WAHNEE MOPPIN-BUCKSKIN; et al.,<br><br>            Plaintiffs,<br><br>vs.<br><br>CITY OF OAKLAND;  et al.,<br><br>            Defendants. | CASE NO:  C08-04328 CW ADR<br><br>**STIPULATION AND ORDER GRANTING PLAINTIFFS LEAVE TO FILE FIRST AMENDED COMPLAINT FOR DAMAGES**<br>**(Violation of Civil Rights,**<br>**42 U.S.C. Section 1983; Wrongful Death)**<br><br>**JURY TRIAL DEMANDED** |

1   THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF

2   RECORD, DO HEREBY STIPULATE AND AGREE THAT Plaintiffs shall have leave to file

3   the First Amended Complaint which is attached and incorporated herein by reference.

4   Defendants shall reserve all rights and defenses with respect to said First Amended Complaint.

6   IT IS SO STIPULATED:

8   Dated:   April 30, 2009                                 _____/S/_____
                                                            STEPHEN Q. ROWELL
9                                                           Attorney for Defendants
                                                            CITY OF OAKLAND and J. BORELLO

10  Dated:   April 30,  2009                                _____/S/_____
11                                                          JOHN VERBER
                                                            Attorney for Defendant
12                                                          HECTOR JIMENEZ

13  Dated:  April 30, 2009                                  _____/S/_____
                                                            JOHN L. BURRIS
14                                                          Attorney for Plaintiffs

15  Dated:  April 30, 2009                                  _____/S/_____
                                                            JAMES B. CHANIN
16                                                          Attorney for Plaintiffs

17  PURSUANT TO STIPULATION,
    IT IS SO ORDERED:
18
                5/5
19  Dated: _____, 2009                          _____
                                                            CLAUDIA WILKEN
20                                                          Judge of the United States
                                                            District Court

Estate of Moppin-Buckskin V. City Of Oakland, et al., Case No. C 08-04323 CW ADR
Stip. And Order re First Amended Complaint For Damages
2