# Exhibit A

JOHN A. RUSSO, City Attorney, SBN #129729
RANDOLPH W. HALL, Assistant City Atty., SBN #080142
WILLIAM E. SIMMONS, Supervising Trial Atty., SBN #121266
STEPHEN Q. ROWELL, Sr. Deputy City Atty., SBN #098228
KANDIS A. WESTMORE, Deputy City Atty., SBN 194594
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-3589, Fax: (510) 238-6500
26662/606130

Attorneys for Defendants,
CITY OF OAKLAND and JESSICA BORELLO[1]

UNITED STATED DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ESTATE OF ANDREW WAHNEE MOPPIN-BUCKSKIN, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, et al.<br><br>Defendants. | Case No. C08-04328 CW<br><br>**DECLARATION OF STEPHEN Q. ROWELL IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Date: December 10, 2009<br>Time: 2:00 p.m.<br>Courtroom: 2, 4th Floor<br>The Honorable Claudia Wilken |

I, STEPHEN Q. ROWELL, declare as follows:

1. I am an attorney licensed to practice before all the courts of the State of California and am a Sr. Deputy Attorney with the Office of the City Attorney for the City of Oakland, attorney for defendants herein.

---

[1] As of the date of the filing of this motion, Defendant Barry Hofman has not been served in this action. And Defendant Hector Jimenez is represented by outside counsel. Hence, this motion is filed on behalf of the City of Oakland and Jessica Borello only.

2.	I have personal knowledge of the facts stated in this Declaration, and if called upon to do so, I could and would testify competently thereto.

3.	On April 20, 2009, I attended the deposition of Hector Jimenez in this case. Attached hereto as Exhibit 1, is a true and correct copy of portions of the Reporter's Transcript of the Deposition of Hector Jimenez.

4.	On April 20, 2009, I attended the deposition of Jessica Borello in this case. Attached hereto as Exhibit 2, is a true and correct copy of portions of the Reporter's Transcript of the Deposition of Jessica Borello.

5.	On April 23, 2009, I attended the deposition of Barry Hofman in this case. Attached hereto as Exhibit 3, is a true and correct copy of portions of the Reporter's Transcript of the Deposition of Barry Hofman.

6.	On August 12, 2009, I attended the deposition of Samuel Falafine in this case. Attached hereto as Exhibit 4, is a true and correct copy of the portions of the Reporter's Transcript of the Deposition of Samuel Falafine.

I declare, under penalty of perjury under the laws of the State of California and United States of America that the forgoing is true and correct and that this declaration was executed in Oakland, California on November 5, 2009.

STEPHEN Q. ROWELL

-2-
DECLARATION OF STEPHEN Q. ROWELL IN SUPPORT OF					C08-04328 CW
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMT