```
 1  JOHN A. RUSSO, City Attorney - State Bar No. 129729
    RANDOLPH W. HALL, Assistant City Attorney - State Bar No. 080142
 2  WILLIAM E. SIMMONS, Supervising Trial Attorney- State Bar No. 121266
    STEPHEN Q. ROWELL, Senior Deputy City Attorney - State Bar No. 098228
 3  One Frank Ogawa Plaza, 6th Floor
    Oakland, California 94612
 4  Telephone:  (510) 238-3865     Fax:  (510) 238-6500
    Email: sqrowell@oaklandcityattorney.org
 5
    Attorneys for Defendants
 6  City of Oakland, J. Borrello and
    B. Hofmann
 7
    26662/614776
 8
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ANDREW WAHNEE MOPPIN-BUCKSKIN; SONIA WAHNEE MOPPIN; MICHAEL MOPPIN; A.M.B., a minor, by and through her guardian ad litem, Samantha Kalka; and A.W.M.B., a minor, by and through his guardian ad litem, Samantha Kalka;<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND; HECTOR JIMINEZ, individually and in his capacity as a police officer for the City of Oakland; J. BORELLO, individually and in her capacity as a police officer fo the City of Oakland: DOES 1-20, inclusive,<br><br>Defendants | Case No. C08-04328  CW<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE TO COMPLETE THE DEPOSITION OF MICHAEL MOPPIN** |

## INTRODUCTION

This is a case stems from the fatal shooing of Andrew Moppin-Buckskin by two Oakland police officers.  During the initial case management conference, the Court imposed a fact discovery deadline of December 10, 2009.  Defendants have filed a

1  motion for summary judgment to be heard on that date.  Defendants have completed all
2  fact discovery with the exception of the depositon of plaintiff Michael Moppin, the
3  decedent's father.  In light of the upcoming summary judgment hearing, the parties have
4  agreed to postpone Mr. Moppin's deposition, pending issuance of the court's ruling.

## **STIPULATION**

The parties hereby stipulate that the time to notice and complete the deposition of Michael Moppin be extended to and including January 31, 2009.

Date:  12/3/09                    _____S/S_____
                                   JOHN L. BURRIS, ESQ.
                                   JAMES B. CHANIN, ESQ.
                                   Attorneys for Plaintiffs

Date:  12/3/09                    _____S/S_____
                                   STEPHEN Q. ROWELL, ESQ.
                                   Attorney for Defendants
                                   City of Oakland, Jessica Borello and Barry
                                    Hofmann

Date:  12/3/09                    _____S/S_____
                                   JOHN  VERBER, ESQ
                                   BURNHAM & BROWN
                                   Attorneys for Hector Jiminez

## **ORDER**

**It is so ordered.**

**12/10/09**                      _____
                                   Hon. CLAUDIA WILKEN
                                   United States District Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

-3-
STIPULATION AND PROPOSED ORDER EXTENDING DEADLINE         C08-04328 CW
TO COMPLETE THE DEPOSITION OF MICHAEL MOPPIN