1  JOHN A. RUSSO, City Attorney, SBN #129729
   RANDOLPH W. HALL, Assistant City Atty., SBN #080142
2  WILLIAM E. SIMMONS, Supervising Trial Atty., SBN #121266
   STEPHEN Q. ROWELL, Sr. Deputy City Atty., SBN #098228
3  KANDIS A. WESTMORE, Deputy City Atty., SBN 194594
   One Frank H. Ogawa Plaza, 6th Floor
4  Oakland, California  94612
   Telephone:  (510) 238-3589, Fax:  (510) 238-6500
5  26662/621486

6  Attorneys for Defendants,
   CITY OF OAKLAND, JESSICA BORELLO,
7  AND BARRY HOFMAN

8

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12

13  ESTATE OF ANDREW WAHNEE MOPPIN-        Case No.  C08-04328 CW
    BUCKSKIN, et al.
14                                          MANUAL FILING NOTIFICATION
               Plaintiffs,
15                                          Date:       December 10, 2009
    v.                                      Time:       2:00 p.m.
16                                          Courtroom: 2, 4th Floor
    CITY OF OAKLAND, et al.                 The Honorable Claudia Wilken
17
               Defendants.
18

19

20

21

22

23

24

25

26

-1-

MANUAL FILING NOTIFICATION                                    C08-03627 MMC
OF EXHIBIT A TO DECLARATION OF JOLENE COTA: CD RECORDING

1   Regarding:      **Exhibit A** to Declaration of Jolene Cota: CD recording

2   This filing is in paper or physical form only, and is being maintained in the case
    file in the Clerk's office.  If you are a participant in this case, this filing
3   will be served in hard-copy shortly.  For information on retrieving this filing
    directly from the court, please see the court's main web site at
4   http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

5

6   This filing was not e-filed for the following reason(s):

7   [_] Voluminous Document (PDF file size larger than the e-filing system allows)

8   [_] Unable to Scan Documents

9   [_] Physical Object (description): _____

10  _____

11  **[X]** Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

12  [_] Item Under Seal

13  [_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

14

15  [_] Other (description): _____

16  _____

17

18

19

20

21

22

23

24

25

26

-2-

MANUAL FILING NOTIFICATION                                    C08-03627 MMC
OF EXHIBIT A TO DECLARATION OF JOLENE COTA: CD RECORDING

1

**PROOF OF SERVICE**
**Moppin-Buckskin, et al. vs. City of Oakland, et al.**
**United States District Court Case No. C8-03627 MMC**

2

3          I am a resident of the State of California, over the age of eighteen years, and not a party to
the within action.  My business address is City Hall, One Frank Ogawa Plaza, 6th Floor, Oakland,
4   CA 94612.  On the date set forth below, I served the within documents:

5   **MANUAL FILING NOTIFICATION; and**
**Exhibit A to Declaration of Jolene Cota: CD recording**

6

7       ☐   by transmitting via facsimile the document(s) listed above to the fax number(s)
set forth below, or as stated on the attached service list, on this date before 5:00
8           p.m.

☒   by placing the document(s) listed above in a sealed envelope with postage thereon
9           fully prepaid, in the United States mail at Oakland, California addressed as set
forth.

10      ☐   by causing personal delivery by _____ of the document(s) listed
above to the person(s) at the address(es) set forth below.
11

☐   by causing such envelope to be sent by Federal Express/ Express Mail.
12

13      John L. Burris                              John J. Verber, Esq.
Ben Nisenbaum                          James Y. Higa, Esq.
Law Offices of John L. Burris          BURNHAM & BROWN
14      7677 Oakport St., Suite 1120          P.O. Box 119
Oakland, Ca  94621                     Oakland, CA  94604
15

James B. Chanin                        Attorneys for Defendant
16      Julie M. Houk                          HECTOR JIMENEZ
Law Offices of James B. Chanin
17      3050 Shattuck Avenue
Berkeley, CA  94705
18

19      Attorneys for Plaintiffs

20          I am readily familiar with the City of Oakland's practice of collection and processing
correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service
21   on that same day with postage thereon fully prepaid in the ordinary course of business.

22          I declare under penalty of perjury under the laws of the United States that the above is true
and correct.

23      Executed on December 16, 2009, at Oakland, California.

24                                              _____
Cynthia Andrada
25

26

MANUAL FILING NOTIFICATION                                        C08-03627 MMC
OF EXHIBIT A TO DECLARATION OF JOLENE COTA: CD RECORDING