1  JOHN L. BURRIS (SBN# 69888)
   BENJAMIN NISENBAUM (SBN 222173)
2  LAW OFFICES OF JOHN L. BURRIS
3  Airport Corporate Centre
   7677 Oakport Street, Suite 1120
4  Oakland, California 94621
   Telephone: (510) 839-5200
5  Facsimile: (510) 839-3882
   Email:  John.Burris@johnburrislaw.com
6

7  JAMES B. CHANIN (SBN 76043)
   JULIE M. HOUK     (SBN 114968)
8  Law Offices of James B. Chanin
   3050 Shattuck Avenue
9  Berkeley, California  94705
   Telephone: (510) 848-4752, Ex. 2
10 Facsimile:  (510) 848-5819
11 Email: jbcofc@aol.com

12 Attorneys for Plaintiffs

13

14
                    UNITED STATES DISTRICT COURT
15
                  NORTHERN DISTRICT OF CALIFORNIA
16

17
   ESTATE  OF ANDREW WAHNEE          )  CASE NO:  C08-04328 CW
18 MOPPIN-BUCKSKIN, et al.,          )
                                     )  **STIPULATION AND ORDER**
19          Plaintiffs,              )  **EXTENDING DEADLINE FOR EXPERT**
                                     )  **DISCLOSURE, EXPERT DISCOVERY**
20 vs.                               )  **CUT-OFF AND MICHAEL MOPPIN'S**
                                     )  **DEPOSITION**
21 CITY OF OAKLAND, et al.,          )
22          Defendants.              )
                                     )
23                                   )
                                     )
24                                   )
                                     )
25                                   )
                                     )
26 _____)

27
                                                                    1
28 Stip. And Proposed Order Extending Expert Disclosure, Expert Discovery and M. Moppin Depo.
   Moppin-Buckskin v. City of Oakland, et al., Case No. C08-04328 CW

**Additional Counsel:**

JOHN A. RUSSO, City Attorney, SBN 129729
RANDOLPH W. HALL, Assistant City Attorney, SBN 080142
WILLIAM E. SIMMONS, Supervising Trial Attorney, SBN 121286
STEPHEN Q. ROWELL, Deputy City Attorney, SBN 098228
One Frank J. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-3865; FAX (510) 238-6500
Email: sqrowell@oaklandcityattorney.org

Attorneys for Defendant
CITY OF OAKLAND, J. BORELLO AND BARRY HOFMAN


JOHN J. VERBER, SBN 139917
JAMES Y. HIGA, SBN 225683
BURNHAM BROWN
A Professional Law Corporation
PO Box 119
Oakland, California 94604

1901 Harrison Street, 11th Floor
Oakland, California 94612
Telephone:     (510) 444-6800
Facsimile:      (510) 835-6666
Email:          jverber@burnhambrown.com
Email:          jhiga@burnhambrown.com

Attorneys for Defendant
HECTOR JIMENEZ

2

Stip. And Proposed Order Extending Expert Disclosure, Expert Discovery and M. Moppin Depo.
Moppin-Buckskin v. City of Oakland, et al., Case No. C08-04328 CW

Whereas, on December 10, 2009, the Court heard arguments on Defendants' motion for summary judgment;

Whereas, that motion has not yet been decided by the Court; and

Whereas, due to the potential impact of the Court's determination of that motion on the parties' expert disclosures and discovery and other further proceedings in the action, the parties respectfully request that the deadlines for expert disclosure, expert discovery and the completion of Michael Moppin's deposition be extended pending the outcome of said motion as follow:

THE PARTIES, BY AND THROUGH THEIR RESPECTIVE ATTORNEYS OF RECORD, DO HEREBY STIPULATE AND AGREE THAT the deadlines for the disclosure of expert witnesses, expert discovery cut-off and the completion of Michael Moppin's deposition should be extended as follows:

1. Rule 26 expert disclosures should be extended from January 29, 2010 to March 1, 2010;

2. Expert discovery cut-off should be extended from March 1, 2010 to March 26, 2010;

3. The deadline for completion of Michael Moppin's deposition should be extended from January 31, 2010 to March 1, 2010.

Dated: January 7, 2010                    _____/S/_____
                                          JULIE M. HOUK
                                          Attorney for Plaintiffs

3

Dated: January 7, 2010 _____/S/_____
STEPHEN Q. ROWELL
Attorney for Defendants
City of Oakland, J. Borello and B. Hoffman

Dated:  January 7, 2010 _____/S/_____
JOHN J. VERBER
Attorney for Defendant
Hector Jimenez

Pursuant to stipulation and
for good cause shown,

IT IS HEREBY ORDERED:

Dated: January 11, 2010

_____
CLAUDIA WILKEN
Judge of the United States
District Court

Stip. And Proposed Order Extending Expert Disclosure, Expert Discovery and M. Moppin Depo.
Moppin-Buckskin v. City of Oakland, et al., Case No. C08-04328 CW