JOHN L. BURRIS (SBN# 69888)
BENJAMIN NISENBAUM (SBN 222173)
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
Email: John.Burris@johnburrislaw.com

JAMES B. CHANIN (SBN 76043)
JULIE M. HOUK     (SBN 114968)
Law Offices of James B. Chanin
3050 Shattuck Avenue
Berkeley, California  94705
Telephone: (510) 848-4752, Ex. 2
Facsimile:  (510) 848-5819
Email: jbcofc@aol.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ANDREW WAHNEE MOPPIN-BUCKSKIN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF OAKLAND, et al., <br> Defendants. | CASE NO:  C08-04328 CW <br><br> **STIPULATION AND ORDER EXTENDING DEADLINE FOR EXPERT DISCLOSURE, EXPERT DISCOVERY CUT-OFF AND MICHAEL MOPPIN'S DEPOSITION** |

Stip. And Proposed Order Extending Expert Disclosure, Expert Discovery and M. Moppin Depo.
Moppin-Buckskin v. City of Oakland, et al., Case No. C08-04328 CW

**Additional Counsel:**

JOHN A. RUSSO, City Attorney, SBN 129729
RANDOLPH W. HALL, Assistant City Attorney, SBN 080142
WILLIAM E. SIMMONS, Supervising Trial Attorney, SBN 121286
STEPHEN Q. ROWELL, Deputy City Attorney, SBN 098228
One Frank J. Ogawa Plaza, 6th Floor
Oakland, California  94612
Telephone: (510) 238-3865; FAX (510) 238-6500
Email: sqrowell@oaklandcityattorney.org

Attorneys for Defendant
CITY OF OAKLAND, J. BORELLO AND BARRY HOFMAN


JOHN J. VERBER, SBN 139917
JAMES Y. HIGA, SBN 225683
BURNHAM BROWN
A Professional Law Corporation
PO Box 119
Oakland, California  94604

1901 Harrison Street, 11th Floor
Oakland, California  94612
Telephone:    (510) 444-6800
Facsimile:    (510) 835-6666
Email:        jverber@burnhambrown.com
Email:        jhiga@burnhambrown.com

Attorneys for Defendant
HECTOR JIMENEZ

2

Stip. And Proposed Order Extending Expert Disclosure, Expert Discovery and M. Moppin Depo.
Moppin-Buckskin v. City of Oakland, et al., Case No. C08-04328 CW

Whereas, on December 10, 2009, the Court heard arguments on Defendants' motion for summary judgment;

Whereas, that motion has not yet been decided by the Court; and

Whereas, due to the potential impact of the Court's determination of that motion on the parties' expert disclosures and discovery and other further proceedings in the action, the parties respectfully request that the deadlines for expert disclosure, expert discovery and the completion of Michael Moppin's deposition be extended pending the outcome of said motion as follow:

THE PARTIES, BY AND THROUGH THEIR RESPECTIVE ATTORNEYS OF RECORD, DO HEREBY STIPULATE AND AGREE THAT the deadlines for the disclosure of expert witnesses, expert discovery cut-off and the completion of Michael Moppin's deposition should be extended as follows:

1. Rule 26 expert disclosures should be extended from January 29, 2010 to March 1, 2010;

2. Expert discovery cut-off should be extended from March 1, 2010 to March 26, 2010;

3. The deadline for completion of Michael Moppin's deposition should be extended from January 31, 2010 to March 1, 2010.

Dated: January 7, 2010                 _____/S/_____
                                       JULIE M. HOUK
                                       Attorney for Plaintiffs

3

Stip. And Proposed Order Extending Expert Disclosure, Expert Discovery and M. Moppin Depo.
Moppin-Buckskin v. City of Oakland, et al., Case No. C08-04328 CW

| | |
|---|---|
| Dated: January 7, 2010 | _____/S/_____<br>STEPHEN Q. ROWELL<br>Attorney for Defendants<br>City of Oakland, J. Borello and B. Hoffman |
| | |
| Dated:  January 7, 2010 | _____/S/_____<br>JOHN J. VERBER<br>Attorney for Defendant<br>Hector Jimenez |

Pursuant to stipulation and
for good cause shown,

IT IS HEREBY ORDERED:

Dated: January 11, 2010

_____
CLAUDIA WILKEN
Judge of the United States
District Court

4

Stip. And Proposed Order Extending Expert Disclosure, Expert Discovery and M. Moppin Depo.
Moppin-Buckskin v. City of Oakland, et al., Case No. C08-04328 CW